```
 1  KAEMPFER CROWELL
    Raleigh C. Thompson, No. 11296
 2  Ryan M. Lower, No. 9108
    1980 Festival Plaza Drive, Suite 650
 3  Las Vegas, Nevada 89135
    Telephone: (702) 792-7000
 4  Facsimile: (702) 796-7181
    Email: rthompson@kcnvlaw.com
 5  Email: rlower@kcnvlaw.com
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:24-cv-00205-ART-CLB<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

KAEMPFER
CROWELL

1  Defendants Amazon.com Services, LLC and Amazon.com, Inc.
2  substitutes James R. Olson of Olson Cannon & Gormley as attorney of record in
3  place of Raleigh C. Thompson and Ryan M. Lower of Kaempfer Crowell as its
4  attorney of record in the above-referenced action.

| KAEMPFER CROWELL | Amazon.com Services, LLC and Amazon.com, Inc. |
|---|---|
| *[signature]* | *[signature] Matthew Marbery* |
| Raleigh C. Thompson, No. 11296<br>Ryan M. Lower, No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | |

12  James R. Olson of Olson Cannon & Gormley consents to the
13  substitution as the attorney of record in place of Raleigh C. Thompson and Ryan M.
14  Lower of Kaempfer Crowell.

OLSON CANNON & GORMLEY

*[signature]*

James R. Olson
9950 West Cheyenne Avenue
Las Vegas, NV 89129

**IT IS SO ORDERED.**

**DATED:** July 24, 2024.

*[signature]*

UNITED STATES MAGISTRATE JUDGE