JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012 - Telephone
(702) 383-0701 - Fax
jolson@ocgattorneys.com
szinna@ocgattorneys.com
Attorney for Defendants
*Amazon.com, Inc. and*
*Amazon.com Services, LLC*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM. INC., a Delaware corporation; and AMAZON.COM SERVICES, LLC, a Delaware limited liability company<br><br>Defendant. | CASE NO.: 3:24-CV-00205-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (hereinafter "Plaintiffs") by and through their attorneys of record and Defendants Amazon.com Inc. and Amazon.com Services, LLC (hereinafter "Defendants") stipulate and

agree to extend the briefing schedule with respect to Plaintiffs' Motion for Leave to Amend Their Complaint (hereinafter "Plaintiffs' Motion"), which was filed on 04/11/2025 as follows::

1. Plaintiffs' Motion was filed on April 11, 2025
2. Plaintiffs Motion seeks to add a negligence claim against Defendants.
3. The current deadline to respond to Plaintiffs' Motion is April 25, 2025.
4. When Plaintiffs' Motion was filed, Defendants' counsel had to travel out of town/state for depositions in this case as well as seek medical treatment for ongoing medical issues.
5. Given the nature and complexity of the issues in Plaintiffs' Motion, coupled with prior commitments and medical issues that have precluded Defendants' counsel from being able to commence preparation of the intended Response, the parties agree to extend the briefing schedule of Plaintiffs' Motion.
6. The parties have agreed to provide Defendants with an extension until April 29, 2025 to provide their Response.
7. This is the parties first request for an extension of the briefing with respect to Plaintiff's Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

This extension is made in good faith in light of the present circumstances and the issues presented in Plaintiffs' Motion.

IT IS SO STIPULATED AND AGREED BY:

DATED this 24th day of April, 2025.

POLI MOON & ZANE PLLC

/s/ *Michael N. Poli, Esq.*
MICHAEL N. POLI, ESQ.
Nevada Bar No. 005461
403 Hill Street
Reno, NV 89501
*Attorneys for Plaintiff*

DATED this 24th day of April, 2025

OLSON CANNON & GORMLEY

/s/ *Stephanie Zinna, Esq.*
JAMES R. OLSON, ESQ.
Nevada Bar No.
STEPHANIE ZINNA, ESQ.
Nevada Bar No.
9950 W. Cheyenne Ave.
Las Vegas, NV 89219
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of April, 2025.

UNITED STATES MAGISTRATE JUDGE

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701