1  JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
2  STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
3  OLSON CANNON & GORMLEY
4  9950 W. Cheyenne Avenue
Las Vegas, NV 89129
5  (702) 384-4012 - Telephone
6  (702) 383-0701 - Fax
jolson@ocgattorneys.com
7  szinna@ocgattorneys.com
Attorney for Defendants
8  *Amazon.com, Inc. and*
9  *Amazon.com Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM. INC., a Delaware corporation; and AMAZON.COM SERVICES, LLC, a Delaware limited liability company<br><br>Defendant. | CASE NO.: 3:24-CV-00205-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**<br><br>**(Second Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (hereinafter "Plaintiffs") by and through their attorneys of record and Defendants Amazon.com Inc. and Amazon.com Services, LLC (hereinafter "Defendants") stipulate and

1

agree to extend the briefing schedule with respect to Plaintiffs' Motion for Leave to Amend Their Complaint (hereinafter "Plaintiffs' Motion"), which was filed on 04/11/2025 as follows::

1. Plaintiffs' Motion was filed on April 11, 2025
2. Plaintiffs Motion seeks to add a negligence claim against Defendants.
3. The current deadline to respond to Plaintiffs' Motion is April 25, 2025.
4. When Plaintiffs' Motion was filed, Defendants' counsel had to travel out of town/state for depositions in this case as well as seek medical treatment for ongoing medical issues.
5. Given the nature and complexity of the issues in Plaintiffs' Motion, coupled with prior commitments and medical issues that have precluded Defendants' counsel from being able to commence preparation of the intended Response, the parties agree to extend the briefing schedule of Plaintiffs' Motion.
6. Defendants' counsel had an Emergency Motion Hearing in another case on April 28, 2025 which precluded counsel from being able to able to commence preparation of the intended Response.
7. The parties have agreed to provide Defendants with an extension until May 2, 2025 to provide their Response.
8. This is the parties second request for an extension of the briefing with respect to Plaintiff's Motion.

/ / /

/ / /

/ / /

/ / /

2

This extension is made in good faith in light of the present circumstances and the issues presented in Plaintiffs' Motion.

IT IS SO STIPULATED AND AGREED BY:

| DATED this 29th day of April, 2025. | DATED this 29th day of April, 2025 |
|---|---|
| POLI MOON & ZANE PLLC | OLSON CANNON & GORMLEY |
| /s/ *Michael N. Poli, Esq.* | /s/ *Stephanie Zinna, Esq.* |
| MICHAEL N. POLI, ESQ. | JAMES R. OLSON, ESQ. |
| Nevada Bar No. 005461 | Nevada Bar No. |
| 403 Hill Street | STEPHANIE ZINNA, ESQ. |
| Reno, NV 89501 | Nevada Bar No. |
| *Attorneys for Plaintiff* | 9950 W. Cheyenne Ave. |
| | Las Vegas, NV 89219 |
| | *Attorneys for Defendants* |

### **ORDER**

IT IS SO ORDERED.

DATED this __29TH__ day of __April_____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3

# Audrianna Click

| | |
|---|---|
| **From:** | Lawrence Moon <lmoon@pmzlaw.com> |
| **Sent:** | Tuesday, April 29, 2025 3:45 PM |
| **To:** | Audrianna Click |
| **Cc:** | Stephanie Zinna; Wanda Rivera; Mike Poli; Yuzhuo Li; Emily Piontkowski |
| **Subject:** | RE: Gurner v Amazon - Response deadline to Motion For Leave |

This is fine. You may file it with our authority.

Let us know if you have any other questions.

Lawrence

---

**From:** Audrianna Click <aclick@ocgattorneys.com>
**Sent:** Tuesday, 29 April, 2025 13:59
**To:** Lawrence Moon <lmoon@pmzlaw.com>
**Cc:** Stephanie Zinna <szinna@ocgattorneys.com>; Wanda Rivera <wrivera@ocgattorneys.com>; Mike Poli <mpoli@pmzlaw.com>; Yuzhuo Li <yli@pmzlaw.com>; Emily Piontkowski <epiontkowski@pmzlaw.com>
**Subject:** RE: Gurner v Amazon - Response deadline to Motion For Leave

Good afternoon,

Attached is the SAO regarding the extension for briefing until Friday. Please let me know if you have any revisions or if I may affix your e-signature.

Thank you kindly!

Audrianna Click
Paralegal to
Stephanie Zinna, Esq
Paterno C. Jurani, Esq.
Olson Cannon & Gormley
9950 W Cheyenne Ave Las Vegas, NV 89129
Ph: (702) 384-4012 | F: (702) 383-0701
aclick@ocgattorneys.com

**\*\*Please be advised our firm's email addresses currently** aclick@ocgas.com **will expire.**
**New email address:** aclick@ocgattorneys.com

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.