1  Michael N. Poli (State Bar No. 005461)
   mpoli@pmzlaw.com
2  POLI, MOON & ZANE, PLLC
   403 Hill Street
3  Reno, Nevada 89501
   Telephone:  (602) 857-8180
4  Facsimile:   (602) 857-7333

5  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware Corporation; and AMAZON.COM SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:24-cv-00205-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND THEIR COMPLAINT** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (collectively, the "Plaintiffs"), by and through their counsel of record, and Defendants Amazon.com, Inc. and Amazon.com Services, LLC (collectively, the "Defendants") (collectively with Plaintiffs, the "Parties"), by and through their counsel of record, stipulate and agree to extend the deadline for Plaintiffs to reply in support of their Motion for Leave to Amend their Complaint ("Plaintiffs' Motion"), as follows:

1. Plaintiffs' Motion was filed on April 11, 2025.
2. Defendant's Response was filed on May 2, 2025.
3. The current deadline for Plaintiffs to file a reply in support of their Motion is May 9, 2025.
4. Plaintiffs' counsel is attending two different conventions that are significant to the counsel's law practice which take place Wednesday May 7, 2025,

1. through Friday May 9, 2025. The two conventions are the Rocky Mountain Public Adjusters Convention in Colorado and the Washington State Association of Justice Insurance Law seminar in Washington.

5. The Parties have agreed to provide Plaintiffs with an extension until May 16, 2025, to file their Reply.

6. This is the Parties' first request for an extension for Plaintiffs' Reply in Support of Plaintiffs' Motion to Amend.

This extension is made in good faith in light of the present circumstances and the issues presented in Plaintiffs' Motion for Leave.

RESPECTFULLY SUBMITTED this 8th day of May 2025.

POLI, MOON & ZANE, PLLC

By /s/ Michael N. Poli
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
*Attorney for Plaintiffs*

OLSON CANNON & GROMLEY

By /s/ Stephanie Zinna, Esq.
Stephanie Zinna, Esq.
James R. Olson, Esq.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorney for Defendants*

IT IS SO ORDERED.

_____
Honorable Carla Baldwin
United States Magistrate Judge

DATED: May 8, 2025

2