UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware Corporation; and AMAZON.COM SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:24-cv-00205-ART-CLB<br><br>**ORDER GRANTING**<br><br>**JOINT MOTION TO EXTEND THE DISMISSAL DEADLINE**<br><br>**(First Request)** |

Pursuant to the Court's July 25, 2025 Minute Order, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (collectively, "Plaintiffs") and Defendants Amazon.com, Inc. and Amazon.com Services, LLC (collectively, "Defendants") (collectively, the "Parties") are to file a stipulation of dismissal on or before September 22, 2025. However, the Parties seek an extension of that deadline by thirty (30) days because the Plaintiffs have not yet received the settlement funds as set forth in the fully executed settlement agreement between the Parties. The Parties are working diligently to provide Plaintiffs with the above-referenced settlement funds.

Defendant Amazon is indemnified by the manufacturer, a foreign-based corporation. The wire transfer is international, originating in China which is causing some delay. The wire transfer information was provided to Defendants on August 19, 2025. Defendants requested confirmation of wire payment details, including account numbers, on August 20,

2025 and received the confirmation on August 21, 2025. The first wire transfer was made on September 9, 2025. On September 16, 2025, that wire transfer was returned to the sender with a note of incorrect account number. The parties are working to sort out the issue for the wire transfer and get payment resolved. The parties are working together and in good faith to resolve the issue. Therefore, the Parties respectfully request that the dismissal deadline for this case be extended for thirty (30) days, so as to allow time for Defendants to provide settlement payment to Plaintiffs. Once the settlement funds are received, the parties will file a stipulation of dismissal within five (5) business days.

RESPECTFULLY SUBMITTED this 18th day of September 2025.

POLI, MOON & ZANE, PLLC

By /s/ *Michael N. Poli*
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
Attorney for Plaintiffs

OLSON CANNON & GORMLEY

By /s/ *Stephanie Zinna*
Stephanie Zinna
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Attorney for Defendants

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: September 19, 2025