1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM. INC., a Delaware corporation; and AMAZON.COM SERVICES, LLC, a Delaware limited liability company<br><br>Defendant. | CASE NO.: 3:24-CV-00205-ART-CLB<br><br><br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

1

IT IS HEREBY STIPULATED between Plaintiffs JOHN GURNER, MICHELLE GURNER, CLAIRE GURNER, and CAMERON GURNER and Defendants AMAZON.COM INC., and AMAZON SERVICES, LLC by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. Each party is to bear their own fees and costs.

DATED this 23rd day of October, 2025.   DATED this 23rd day of October, 2025.

POLI, MOON, & ZANE, PLLC   OLSON CANNON & GORMLEY

 /s/  Michael N. Poli, Esq.   /s/ Stephanie Zinna, Esq.
MICHAEL N. POLI, ESQ   STEPHANIE ZINNA, ESQ.
Nevada Bar No. 005461   Nevada Bar No. 011488
403 Hill Street   9950 West Cheyenne Avenue
Reno, NV 89501   Las Vegas, NV  89129
Attorney for Plaintiffs   Attorney for Defendants

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of the Court is kindly instructed to close this case.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: October 23, 2025

2